IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID CRAWFORD,
        Petitioner

  vs.                             CIVIL NO. 1:CV-14-0693

WARDEN EBBERT,            (Judge Caldwell)
        Respondent

*O R D E R*

       AND NOW, this 29th day of December, 2014, based on the accompanying memorandum, it is ordered that:

       1. The petition (Doc. 1) for a writ of habeas corpus under 28 U.S.C. § 2241 is denied.

       2. The Clerk of Court shall close this file.

                                   /s/William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge